IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| REV. JULIOUS McGRUDER, ET AL., | * | |
| Plaintiffs, | * | |
| vs. | * | No. 2:09CV00192 SWW |
| MIKE BEEBE, ET AL., | * | |
| Defendants. | * | |

**Order**

Before the Court is plaintiffs' motion for voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(2). Defendants verbally informed the Court they do not object. The motion [docket entry 15] is granted.[1] Plaintiffs' complaint is hereby dismissed without prejudice.

SO ORDERED this 23rd day of March, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Defendants' motion to dismiss [docket entry 10] is moot.